SANTOS GARCÍA GONZÁLEZ, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE AGUADILLA, recurrido.

Núm. 1245.—*Sometido:* Junio 2, 1949. *Resuelto:* Junio 7, 1949.

*R. Muñoz Ramos* e *Inés Acevedo de Campos,* abogados del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR SNYDER emitió la opinión del tribunal.

Santos García González otorgó un pagaré por $1,500 pagadero al portador. En la misma fecha otorgó, a tenor con la Ley núm. 19 de junio 3, 1927 (pág. 491) una hipoteca sobre un camión de su propiedad valorado en $2,000, a favor del portador de dicho pagaré, en garantía del pago al portador. García ha instado recurso gubernativo contra la nota del Registrador denegando la inscripción de la hipoteca.

El Registrador se negó a inscribir "porque la hipoteca en garantía de una obligación al portador no es inscribible de acuerdo con la decisión del Tribunal Supremo en el caso de *Arroyo* v. *El Registrador de Mayagüez,* 57 D.P.R. 183." El Registrador estuvo enteramente correcto en su actuación. El recurrente trata de distinguir el caso de *Arroyo* por el fundamento de que el pagaré y la hipoteca en dicho caso constaban en un solo documento, mientras que el pagaré y la hipoteca en éste se otorgaron separadamente. Esta es una distinción sin importancia alguna. El *ratio decidendi* del caso de *Arroyo* es que las hipotecas de bienes muebles no son

inscribibles si el acreedor hipotecario es el portador y no determinada persona.   Al mismo efecto véanse *Alvarez* v. *Registrador,* 64 D.P.R. 40; *López* v. *Registrador,* 66 D.P.R. 170.

*La nota del Registrador será confirmada.*